UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897

JAMES DILLON, on Behalf of Himself
and All Others Similarly Situated,

          Plaintiff,

v.

BMO HARRIS BANK, N.A., FOUR
OAKS BANK & TRUST, a North
Carolina-Chartered Bank, GENERATIONS
FEDERAL CREDIT UNION, and BAY
CITIES BANK, a Florida State-Chartered
Bank,

          Defendants.

## PLAINTIFF'S RESPONSE IN OPPOSITION TO GENERATIONS' RENEWED MOTION TO COMPEL ARBITRATION

On March 10, 2014, this Court entered a memorandum and order denying motions to compel arbitration by Defendants BMO Harris Bank ("BMO"), Bay Cities Bank, and Generations Community Federal Credit Union ("Generations") finding that the defendants failed to meet "their burden to establish the existence of an agreement to arbitrate." (Doc. 100, p. 1). On April 15, 2014, 36 days after the Court entered its order denying arbitration, Generations filed a "renewed" motion to compel arbitration, this time attaching the affidavit of Tawny Lawrence, a purported agent and custodian of the now-defunct South Dakota-based lender Western Sky Financial, LLC, in a belated attempt to authenticate the purported payday loan agreement. (*See* Docs. 106, 106-1).

For the same reasons set forth in Plaintiff's response in opposition to BMO's renewed motion to compel arbitration (Doc. 112), Generations has failed to establish any of the three recognized grounds for which courts in this judicial District will reconsider an interlocutory order under Federal Rule of Civil Procedure 54(b). *See, e.g., Akeva L.L.C. v. Adidas Am., Inc.*, 385 F. Supp. 2d 559, 566 (M.D.N.C. 2005) (noting that the "narrow set of grounds" that courts will reconsider an interlocutory order are limited to situations where "(1) there has been an intervening change in controlling law; (2) there is additional evidence that was not previously available; or (3) the prior decision was based on clear error or would work manifest injustice.").

In order to avoid duplicative briefing, Plaintiff adopts and incorporates herein his arguments made in response to BMO's "renewed" motion (Doc. 112), which apply equally here, and respectfully requests that this Court likewise deny Generations' "renewed" motion to compel arbitration.

Dated: May 6, 2014

Respectfully submitted,

/s/ F. Hill Allen
F. Hill Allen
North Carolina State Bar No. 18884
E-mail: hallen@tharringtonsmith.com
**THARRINGTON SMITH, L.L.P.**
P.O. Box 1151
Raleigh, NC 27602-1151
Telephone: 919-821-4711
Facsimile: 919-829-1583

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel
Steve Six
J. Austin Moore
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

**CHITWOOD HARLEY HARNES LLP**
Darren T. Kaplan
1350 Broadway, Suite 908
New York, NY 10018
Tel: (917) 595-3600
Fax: (404) 876-4476
dkaplan@chitwoodlaw.com

**KOPELOWITZ OSTROW P.A.**
Jeffrey M. Ostrow
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
ostrow@KOlawyers.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036
Tel: (202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com

**Counsel for Plaintiff and the Class**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ F. Hill Allen
Counsel for Plaintiff and the Class
