UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank, <br><br> Defendants. | **MOTION TO STAY** |

If the Court stays this case as to Defendants BMO Harris Bank, N.A., Generations Federal Credit Union and Bay Cities Bank, Defendant Four Oaks Bank & Trust Co. ("Four Oaks") moves the Court to stay the case as to Four Oaks also. The grounds for this motion are set forth in the accompanying memorandum.

# 4137478_1.Docx

Dated: July 31, 2014	Respectfully submitted,

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

By: /s/ Clifton L. Brinson
Carl N. Patterson, Jr.
NC Bar No. 7260
Clifton L. Brinson
NC Bar No. 34331
Isaac A. Linnartz
NC Bar No. 39858
150 Fayetteville Street
Suite 2300
Raleigh, NC 27601
Ph.: (919) 821-1220
Fax: (919) 821-6688
cpatterson@smithlaw.com
cbrinson@smithlaw.com
ilinnartz@smithlaw.com
*Attorneys for Defendant Four Oaks Bank & Trust Co.*

# 4137478_1.Docx

# CERTIFICATE OF SERVICE

I certify that on July 31, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following CM/ECF participants:

| | |
|---|---|
| Norman E. Siegel<br>Steve Six<br>J. Austin Moore<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>siegel@stuevesiegel.com<br>six@stuevesiegel.com<br>moore@stuevesiegel.com<br>*Attorneys for Plaintiffs* | Jeffrey M. Ostrow<br>Jason H. Alperstein<br>Kopelowitz Ostrow P.A.<br>200 S.W. 1st Avenue, Suite 1200<br>Fort Lauderdale, FL 33301<br>ostrow@KOlawyers.com<br>Alperstein@KOlawyers.com<br>*Attorneys for Plaintiffs* |
| Darren T. Kaplan<br>Chitwood Harley Harnes LLP<br>1350 Broadway, Suite 908<br>New York, NY 10018<br>dkaplan@chitwoodlaw.com<br>*Attorney for Plaintiffs* | F. Hill Allen<br>Tharrington Smith, LLP<br>P.O. Box 1151<br>Raleigh, NC 27602-1151<br>hallen@tharringtonsmith.com<br>*Attorneys for Plaintiffs* |
| Hassan A. Zavareei<br>Tycko & Zavareei LLP<br>2000 L Street, N.W., Suite 808<br>Washington, DC 20036<br>hzavareei@tzlegal.com<br>*Attorneys for Plaintiffs* | Mary K. Mandeville<br>Alexander Ricks PLLC<br>2901 Coltsgate Road, Suite 202<br>Charlotte, NC 28211<br>mary@alexanderricks.com<br>*Attorneys for BMO Harris Bank, N.A.* |
| Lucia Hale<br>Debra Bogo-Ernst<br>Mayer Brown, LLP<br>71 Wacker Drive<br>Chicago, IL 60606<br>lnale@mayerbrown.com<br>dernst@mayerbrown.com<br>*Attorneys for BMO Harris Bank, N.A.* | Reid Calwell Adams, Jr.<br>Womble Carlyle Sandridge & Rice<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>cadams@wcsr.com<br>*Attorneys for Generations Federal Credit Union* |

# 4137478_1.Docx

Mark Vasco
Bryan Cave
One Wells Fargo Center
301 S. College St., Suite 3400
Charlotte, NC 28202
mark.vasco@bryancave.com
*Attorneys for Bay Cities Bank*

        Respectfully submitted,

        /s/ Clifton L. Brinson
        Clifton L. Brinson
        N.C. State Bar No. 34331
        SMITH, ANDERSON, BLOUNT, DORSETT,
          MITCHELL & JERNIGAN, L.L.P.
        P.O. Box 2611
        Raleigh, North Carolina 27602-2611
        Tel: (919) 821-6681
        Fax: (919) 821-6800
        Email: ilinnartz@smithlaw.com
        *Attorney for Defendant Four Oaks Bank &*
        *Trust Co.*

# 4137478_1.Docx