UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897

| | |
|---|---|
| JAMES DILLON,<br>on Behalf of Himself and All Others<br>Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>BMO HARRIS BANK, N.A.,<br>FOUR OAKS BANK & TRUST, a<br>North Carolina-Chartered Bank,<br>GENERATIONS FEDERAL CREDIT<br>UNION, and BAY CITIES BANK, a<br>Florida State-Chartered Bank,<br><br>      Defendants. | **MEMORANDUM IN SUPPORT OF<br>FOUR OAKS BANK & TRUST'S<br>MOTION TO STAY** |

Defendants BMO Harris Bank, N.A., Generations Federal Credit Union and Bay Cities Bank, have moved for a stay pending appeal. If the Court grants their motion, as a matter of judicial economy the case should be stayed as to defendant Four Oaks as well.

**FACTS**

Defendants BMO Harris Bank, N.A., Generations Federal Credit Union, and Bay Cities Bank have appealed to the United States Court of Appeals for the Fourth Circuit from this Court's July 7, 2014, Opinion and Order denying their renewed motions to compel arbitration. (Dkt. No. 130). Shortly thereafter they moved for the case against them to be stayed pending resolution of their appeal. (Dkt. No. 133). Defendant Four

1

Oaks Bank & Trust ("Four Oaks") did not file any motion to compel arbitration and therefore has not taken an appeal.

## QUESTION PRESENTED

Whether, if the stay requested by the other defendants is granted, the case should also be stayed as to defendant Four Oaks.

## ARGUMENT

The Court's authority to stay proceedings "is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *accord Whiteside v. UAW Local 3520*, 576 F. Supp. 2d 739, 742 (M.D.N.C. 2008).

The Court has already held that the cases against each of the defendants should be kept together. "[F]or pretrial purposes, given the substantial overlap of legal and factual issues, keeping these matters together aids judicial economy." (Order on Motion to Sever [Dkt. No. 108] at 11.) Plaintiff has taken the same position, arguing to the Court that "severing this case would waste time and resources of the parties and judiciary by forcing the Court to consider the exact same legal issues multiple times." (Plaintiff's Memo in Opp. to BMO Harris' Motion to Sever [Dkt. No. 68] at 1-2.)

Accordingly, if the case is stayed as to the other defendants, it should be stayed as to Four Oaks as well. Allowing the case against Four Oaks to proceed while the case is stayed as to all other defendants would needlessly multiply cost and effort for both the

Court and the parties, particularly if the Court's denial of the other defendants' motions to compel arbitration is affirmed on appeal.  For example:

- The Court would have to enter separate scheduling orders, one governing discovery as to Four Oaks and then a later one governing discovery as to the other defendants.

- Any depositions taken during the stay would have to be repeated to give the other defendants the opportunity to cross-examine the witness.

- Any disputes as to the proper scope of discovery would have to be adjudicated twice, because the other defendants would not have had the opportunity to be heard the first time.

- Plaintiffs would have to file at least two separate class certification motions – one as to Four Oaks and then a later motion as to the other defendants – even though many of the legal issues raised by the motions would be identical.

These are only a few examples of the duplication of effort that would be required if the case against Four Oaks were severed from the case against the other defendants during the pendency of the other defendants' appeal.

## CONCLUSION

Because of the substantial overlap in legal and factual issues, Four Oaks requests that if the case is stayed as to the other defendants, it be stayed as to Four Oaks also.

3

Dated: July 31, 2014          Respectfully submitted,

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

By:   /s/ Clifton L. Brinson
Carl N. Patterson, Jr.
NC Bar No. 7260
Clifton L. Brinson
NC Bar No. 34331
Isaac A. Linnartz
NC Bar No. 39858
150 Fayetteville Street
Suite 2300
Raleigh, NC  27601
Ph.: (919) 821-1220
Fax: (919) 821-6688
cpatterson@smithlaw.com
cbrinson@smithlaw.com
ilinnartz@smithlaw.com
*Attorneys for Defendant Four Oaks Bank & Trust Co.*

4

## CERTIFICATE OF SERVICE

I certify that on July 31, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following CM/ECF participants:

Norman E. Siegel
Steve Six
J. Austin Moore
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com
*Attorneys for Plaintiffs*

Jeffrey M. Ostrow
Jason H. Alperstein
Kopelowitz Ostrow P.A.
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
ostrow@KOlawyers.com
Alperstein@KOlawyers.com
*Attorneys for Plaintiffs*

Darren T. Kaplan
Chitwood Harley Harnes LLP
1350 Broadway, Suite 908
New York, NY 10018
dkaplan@chitwoodlaw.com
*Attorney for Plaintiffs*

F. Hill Allen
Tharrington Smith, LLP
P.O. Box 1151
Raleigh, NC 27602-1151
hallen@tharringtonsmith.com
*Attorneys for Plaintiffs*

Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, DC 20036
hzavareei@tzlegal.com
*Attorneys for Plaintiffs*

Mary K. Mandeville
Alexander Ricks PLLC
2901 Coltsgate Road, Suite 202
Charlotte, NC 28211
mary@alexanderricks.com
*Attorneys for BMO Harris Bank, N.A.*

Lucia Hale
Debra Bogo-Ernst
Mayer Brown, LLP
71 Wacker Drive
Chicago, IL 60606
lnale@mayerbrown.com
dernst@mayerbrown.com
*Attorneys for BMO Harris Bank, N.A.*

Reid Calwell Adams, Jr.
Womble Carlyle Sandridge & Rice
One West Fourth Street
Winston-Salem, NC 27101
cadams@wcsr.com
*Attorneys for Generations Federal Credit Union*

Mark Vasco
Bryan Cave
One Wells Fargo Center
301 S. College St., Suite 3400
Charlotte, NC 28202
mark.vasco@bryancave.com
*Attorneys for Bay Cities Bank*

        Respectfully submitted,

        /s/ Clifton L. Brinson
        Clifton L. Brinson
        N.C. State Bar No. 34331
        SMITH, ANDERSON, BLOUNT, DORSETT,
          MITCHELL & JERNIGAN, L.L.P.
        P.O. Box 2611
        Raleigh, North Carolina 27602-2611
        Tel: (919) 821-6681
        Fax: (919) 821-6800
        Email: ilinnartz@smithlaw.com
        *Attorney for Defendant Four Oaks Bank & Trust Co.*