UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:13-cv-897

JAMES DILLON,
on Behalf of Himself and All Others
Similarly Situated,

        Plaintiff,

v.

BMO HARRIS BANK, N.A., FOUR
OAKS BANK & TRUST CO., a North
Carolina Chartered Bank,
GENERATIONS FEDERAL CREDIT
UNION, and BAY CITIES BANK, a
Florida State-Chartered Bank,

        Defendants.

## JOINT MOTION TO SET STIPULATED BRIEFING SCHEDULE FOR ARBITRATION MOTIONS AND FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.3, Plaintiff James Dillon and Defendants BMO Harris Bank, N.A., Bay Cities Bank, and Generations Federal Credit Union jointly request a stipulated schedule and leave to submit additional pages for the briefing on Defendants' requests for arbitration. In support of this motion, the parties state:

1.     On May 29, 2015, the United States Court of Appeals for the Fourth Circuit vacated this Court's July 7, 2014 Order (Dkt. No. 128) denying Defendants' requests for arbitration and remanded the case back to this Court for further proceedings.

1

2. In an effort to streamline the proceedings on remand, the parties have agreed upon the following proposed schedule:

- Defendants will file renewed arbitration motions by July 15, 2015;
- Plaintiff will file oppositions to the renewed motions by August 14, 2015; and
- Defendants will file reply briefs in support of their renewed motions by September 4, 2015.

3. These stipulated proposed dates are without prejudice to any party seeking leave to take arbitration-related discovery and any extension of the briefing necessitated by the time necessary to conduct the discovery. These stipulated proposed dates are also without prejudice to a request by Plaintiff for an extension in order to permit the filing of a motion to file an amended complaint.

4. In light of the numerous relevant decisions that have been entered since the earlier arbitration briefing in this case, the parties also jointly request leave to submit extra pages for the briefing on the renewed arbitration motions:

- Defendants will each have up to 30 pages, rather than 20, for their opening briefs;
- Plaintiff will have up to 30 pages, rather than 20, for each of his briefs in opposition; and
- Defendants will each have up to 15 pages, rather than 10, for their reply briefs.

WHEREFORE, for the above-stated reasons, the parties respectfully request that this Court grant their motion for a stipulated briefing schedule and for leave to exceed page limits.

Dated:   June 24, 2015

By:   */s/ F. Hill Allen*  
F. Hill Allen  
N.C. Bar No. 18884  
THARRINGTON SMITH, L.L.P.  
P.O. Box 1151  
Raleigh, North Carolina 27602-1151  
Telephone: (919) 821-4711  
Facsimile: (919) 829-1583  
hallen@tharringtonsmith.com

Darren T. Kaplan  
DARREN KAPLAN LAW FIRM, P.C.  
1359 Broadway  
Suite 2001  
New York, NY 10018  
Telephone: (212) 999-7370  
Facsimile: (646) 390-7410  
dkaplan@darrenkaplanlaw.com

STUEVE SIEGEL HANSON LLP  
Norman E. Siegel  
Steve Six  
J. Austin Moore  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Telephone: (816) 714-7100  
Facsimile: (816) 714-7101  
siegel@stuevesiegel.com  
six@stuevesiegel.com  
moore@stuevesiegel.com

TYCKO & ZAVAREEI LLP  
Hassan A. Zavareei  
2000 L Street, N.W.  
Suite 808  
Washington, D.C. 20036  
Telephone: (202) 973-0900  
Facsimile: (202) 973-0950  
hzavareei@tzlegal.com

By:   */s/ Mary K. Mandeville*  
Mary K. Mandeville  
N.C. Bar No. 15959  
ALEXANDER RICKS PLLC  
4601 Park Road, Suite 580  
Charlotte, North Carolina 28209  
Telephone: (704) 200-2635  
Facsimile: (704) 365-3676  
mary@alexanderricks.com

Lucia Nale (Pro Hac Vice)  
Debra Bogo-Ernst (Pro Hac Vice)  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, IL 60606  
Telephone: (312) 782-0600  
lnale@mayerbrown.com  
dernst@mayerbrown.com

Kevin Ranlett (Pro Hac Vice)  
MAYER BROWN LLP  
1999 K Street, N.W.  
Washington, D.C. 20006  
Telephone: (202) 263-3000  
Facsimile: (202) 263-3300  
kranlett@mayerbrown.com

***Attorneys for Defendant BMO Harris Bank, N.A.***

By:   */s/Michael P. Carey*  
Michael P. Carey (Pro Hac Vice)  
Ann Ferebee (Pro Hac Vice)  
BRYAN CAVE LLP  
1201 W. Peachtree St., N.W.  
Suite 1400A  
Atlanta, Georgia 30309  
Telephone: (404) 572-6863  
Facsimile: (404) 420-0863  
michael.carey@bryancave.com

KOPELOWITZ OSTROW P.A.
Jeffrey M. Ostrow
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@KOlawyers.com

*Attorneys for Plaintiff James Dillon*

ann.ferebee@bryancave.com

Mark Vasco
N.C. Bar No. 27048
BRYAN CAVE LLP
One Wells Fargo Center
302 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: (704) 749-8930
Facsimile: : (704) 749-8990
mark.vasco@bryancave.com

*Attorneys for Defendant Bay Cities Bank*

By: */s/Eric A. Pullen*
Eric A. Pullen (Pro Hac Vice)
Leslie Sara Hyman (Pro Hac Vice)
Etan Tepperman (Pro Hac Vice)
PULMAN, CAPPUCCIO, PULLEN, BENSON & JONES, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
epullen@pulmanlaw.com
lhyman@pulmanlaw.com
etepperman@pulmanlaw.com

Reid C. Adams, Jr.
N.C. Bar No. 9669
Garth A. Gersten
N.C. Bar No. 25090
Jonathan R. Reich
N.C. Bar No. 41546
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
cadams@wcsr.com

ggarth@wcsr.com
jreich@wcsr.com

***Attorneys for Defendant Generations
Federal Credit Union***

## CERTIFICATE OF SERVICE

I certify that on this 24th Day of June, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of the filing to the attorneys on that system.

By: */s/ Mary K. Mandeville*
Mary K. Mandeville