UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:13-cv-897

JAMES DILLON,
on Behalf of Himself and All Others
Similarly Situated,

        Plaintiff,

v.

BMO HARRIS BANK, N.A., FOUR
OAKS BANK & TRUST CO., a North
Carolina Chartered Bank,
GENERATIONS FEDERAL CREDIT
UNION, and BAY CITIES BANK, a
Florida State-Chartered Bank,

        Defendants.

## JOINT MOTION TO EXTEND BRIEFING AND FOR ARBITRATION-RELATED DISCOVERY

Pursuant to Local Rule 7.3 and 9 U.S.C.A. §§ 3-4, Plaintiff James Dillon ("Plaintiff") and Defendants BMO Harris Bank, N.A., Bay Cities Bank, and Generations Federal Credit Union ("Defendants") jointly request an extension of the briefing schedule set forth in this Court's Scheduling Order entered June 30, 2015 (Doc. 148) (the "Scheduling Order") in order to engage in arbitration-related discovery as contemplated in paragraph 4 of the Scheduling Order and in accordance with the stipulated schedule herein. In support of this motion, the parties state:

1. Following a joint motion by the parties, this Court entered the Scheduling Order in connection with Defendants'[1] renewed motions to compel arbitration.

2. In accordance with the Scheduling Order, on July 15, 2015, Defendants filed their renewed arbitration motions (Docs. 149-156). Under the current schedule, Plaintiff's oppositions to those motions would be due on August 14, 2015. But the Scheduling Order indicates that the deadlines have been set "without prejudice to any party seeking leave to take arbitration-related discovery and any extension of the briefing necessitated by the time necessary to conduct that discovery." (Doc. 148, ¶ 4.)

3. After reviewing Defendants' renewed motions, Plaintiff wishes to take discovery from Defendants and certain third parties in order to prepare oppositions to those renewed motions. In Plaintiff's view, the anticipated discovery would allow him to challenge the formation and enforceability of the arbitration agreements at issue and Defendants' right to invoke those agreements.

4. On July 27, 2015, counsel for the parties met and conferred by telephone regarding Plaintiff's proposal to take arbitration-related discovery. The participants in the conference call were Darren Kaplan, Austin Moore, Jeffrey Kaliel, Jason Alperstein and Hill Allen for Plaintiff and Kevin Ranlett, Eric Pullen, Leslie Hyman, Michael Carey and Eric Rieder for Defendants.

5. Defendants do not agree that all of the topics of discovery are appropriate, but wish to meet and confer further with Plaintiff once Plaintiff has served concrete

---

[1] Defendant Four Oaks Bank & Trust Co. has not moved to compel arbitration in this litigation.

discovery requests. In addition, depending upon Plaintiff's objections to enforcement of the arbitration agreements, Defendants may wish to take discovery from Plaintiff.

6. The parties agree that the current briefing schedule would not permit them to complete discovery and obtain an orderly resolution of any disputed issues pertaining to discovery. Moreover, the parties anticipate that some of the third parties from whom Plaintiff anticipates seeking discovery may seek to quash any subpoenas.

7. The parties therefore propose the following amendment to the Scheduling Order (Doc. 148):

   a. Plaintiff must disclose to Defendants his objections to enforcement of the arbitration agreements no later than July 31, 2015;

   b. The parties will serve discovery requests on each other and on third parties no later than August 14, 2015;

   c. The parties will serve any objections to discovery requests no later than August 28, 2015;

   d. The parties will promptly meet and confer regarding any such objections. And if the parties cannot reach agreement, any motions to compel discovery or for a protective order will be filed no later than September 25, 2015;

   e. Absent further order of the Court, arbitration-related discovery will conclude 60 days after the later of: (1) October 27, 2015; or (2) the entry of

the order resolving any discovery motions filed by a party or any third party from whom a party seeks arbitration-related discovery;

f.  Plaintiff's responses to the renewed arbitration motions shall be due 30 days after the close of arbitration-related discovery; and

g.  Defendants' reply briefs in support of their renewed motions shall be due 21 days after Plaintiff files his oppositions.

WHEREFORE, for the above-stated reasons, the Parties respectfully request that this Court grant their motion to stay briefing on Defendants' renewed motions to compel arbitration pending the completion of arbitration-related discovery.

Dated: July 31, 2015

| | |
|---|---|
| By: */s/ F. Hill Allen* <br> F. Hill Allen <br> N.C. Bar No. 18884 <br> THARRINGTON SMITH, L.L.P. <br> P.O. Box 1151 <br> Raleigh, North Carolina 27602-1151 <br> Telephone: (919) 821-4711 <br> Facsimile: (919) 829-1583 <br> hallen@tharringtonsmith.com <br><br> Darren T. Kaplan (Pro Hac Vice) <br> DARREN KAPLAN LAW FIRM, P.C. <br> 1359 Broadway <br> Suite 2001 <br> New York, NY 10018 <br> Telephone: (212) 999-7370 <br> Facsimile: (646) 390-7410 <br> dkaplan@darrenkaplanlaw.com | By: */s/ Mary K. Mandeville* <br> Mary K. Mandeville <br> N.C. Bar No. 15959 <br> ALEXANDER RICKS PLLC <br> 2901 Coltsgate Road, Suite 202 <br> Charlotte, North Carolina 28211 <br> Telephone: (704) 200-2635 <br> Facsimile: (704) 365-3676 <br> mary@alexanderricks.com <br><br> Lucia Nale (Pro Hac Vice) <br> Debra Bogo-Ernst (Pro Hac Vice) <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> lnale@mayerbrown.com <br> dernst@mayerbrown.com |

STUEVE SIEGEL HANSON LLP
Norman E. Siegel (Pro Hac Vice)
Steve Six (Pro Hac Vice)
J. Austin Moore (Pro Hac Vice)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

TYCKO & ZAVAREEI LLP
Hassan A. Zavareei (Pro Hac Vice)
Jeffrey D. Kaliel (Pro Hac Vice)
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

KOPELOWITZ OSTROW P.A.
Jeffrey M. Ostrow (Pro Hac Vice)
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@KOlawyers.com

***Attorneys for Plaintiff James Dillon***

Kevin Ranlett (Pro Hac Vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
kranlett@mayerbrown.com

***Attorneys for Defendant BMO Harris Bank, N.A.***

By:  */s/Michael P. Carey*
Michael P. Carey (Pro Hac Vice)
Ann Ferebee (Pro Hac Vice)
BRYAN CAVE LLP
1201 W. Peachtree St., N.W.
Suite 1400A
Atlanta, Georgia 30309
Telephone: (404) 572-6863
Facsimile: (404) 420-0863
michael.carey@bryancave.com
ann.ferebee@bryancave.com

Mark Vasco
N.C. Bar No. 27048
BRYAN CAVE LLP
One Wells Fargo Center
302 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: (704) 749-8930
Facsimile: : (704) 749-8990
mark.vasco@bryancave.com

***Attorneys for Defendant Bay Cities Bank***

5

Case 1:13-cv-00897-CCE-LPA   Document 157   Filed 07/31/15   Page 5 of 7

By: */s/Eric A. Pullen*
Eric A. Pullen (Pro Hac Vice)
Leslie Sara Hyman (Pro Hac Vice)
Etan Tepperman (Pro Hac Vice)
PULMAN, CAPPUCCIO, PULLEN,
BENSON & JONES, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
epullen@pulmanlaw.com
lhyman@pulmanlaw.com
etepperman@pulmanlaw.com

Reid C. Adams, Jr.
N.C. Bar No. 9669
Garth A. Gersten
N.C. Bar No. 25090
Jonathan R. Reich
N.C. Bar No. 41546
WOMBLE CARLYLE SANDRIDGE
& RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
cadams@wcsr.com
ggarth@wcsr.com
jreich@wcsr.com

*Attorneys for Defendant Generations Federal Credit Union*

6

## CERTIFICATE OF SERVICE

I certify that on this 31st day of July, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of the filing to the attorneys on that system.

By: */s/ Darren T. Kaplan*
Darren T. Kaplan