IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-CV-897 |
| | ) | |
| BMO HARRIS BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff James Dillon and defendants BMO Harris Bank, N.A., Bay Cities Bank, and Generations Federal Credit Union (collectively, "defendants") have filed a joint motion to extend briefing and to engage in arbitration-related discovery. Granting the motion as presented will have the effect of delaying the completion of pending briefing for at least six months. The Court assumes that some discovery is needed and appropriate as counsel have so agreed, so the Court will allow some time for discovery. However, the parties have not explained why such a long period is necessary, nor have they explained what kind of discovery is needed. Good cause has not been shown for such an extended delay in the proceedings.

It is hereby ORDERED that:

1. The parties will serve discovery requests on each other and on third parties no later than August 14, 2015;

2. The parties will serve any objections to discovery requests no later than August 28, 2015, and will otherwise respond without lengthy extensions of time;

3. The parties will promptly meet and confer regarding any such objections. If the parties cannot reach agreement, any motions to compel discovery or for a protective order will be filed no later than September 11, 2015, briefs in opposition shall be filed no later than September 21, and no reply briefs will be permitted;

4. Absent further order of the Court, arbitration-related discovery will conclude no later than October 16, 2015;

5. Plaintiff's responses to the renewed arbitration motions shall be due October 30. Defendants' reply briefs in support of their renewed motions shall be due November 9.

This 3rd day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE