# EXHIBIT C

From: pmurrin@bay-cities-bank.com
Sent: Wed 8/26/2015 9:10 AM (GMT-04:00)
To: ann.ferebee@bryancave.com
Cc:
Bcc:
Subject: ZIX: FW: Class Action Suit - Request for Proof of Authorization
Attachments: POA James Dillon VIN.pdf; image002.jpg; image003.jpg; image004.jpg; image005.jpg; image006.jpg; image007.jpg; image008.jpg

From: Pat Murrin
Sent: Thursday, March 27, 2014 8:16 AM
To: Richard Knowles (Richard@mybillingtree.com) <Richard@mybillingtree.com>
Subject: FW: Class Action Suit - Request for Proof of Authorization

Good morning Rich,

To follow up on our call from yesterday, please reply with the contact information you have for Vin Capital - I would like to have the bank's attorney leave them a message and perhaps persuade them that by providing the declaration, there is good chance that this whole thing will go away. On a related note, in the absence of obtaining a declaration from Vin, our attorney asked me to ask you if Billing Tree would be willing to provide a declaration stating that it received the POA (loan agreement) directly from Vin. Below is the email thread which began last October showing our request for the POA and Wendy on your team providing it to Phyllis.

Thanks again,

Pat

From: Phyllis Henderson
Sent: Wednesday, December 11, 2013 1:54 PM
To: Pat Murrin
Subject: FW: Class Action Suit - Request for Proof of Authorization

Billing Tree email.

From: POA [mailto:POA@mybillingtree.com]
Sent: Wednesday, October 23, 2013 5:43 PM
To: Phyllis Henderson; POA
Subject: RE: Class Action Suit - Request for Proof of Authorization

Hello Phyllis, hope you are doing well also! :) Here is the POA for VIN we will send along the other one as soon as we get it.

Thanks!

Wendy Counts, AAP
Risk/Compliance Specialist
BillingTree
Direct: 602-443-5975 | Fax: 602-667-9571
Customer Service: (877) 243-9724
Email: wcounts@mybillingtree.com<mailto:wcounts@mybillingtree.com> | www.mybillingtree.com
[Email_sig_concepts_2013_4]<http://www.mybillingtree.com/>
[fb24]<http://www.facebook.com/mybillingtree>[tw24]<https://twitter.com/billingtree>[in24]<http://www.linkedin.

com/company/billingtree>[yt24]<http://www.youtube.com/billingtree>
Please remember - do not send bank account numbers via email for security reasons.
The information in this email is confidential and may be legally privileged. Access to this email by
anyone other than the intended addressee is unauthorized. If you are not the intended recipient
of this message, any review, disclosure, copying, distribution, retention, or any action taken or
omitted to be taken in reliance on it is prohibited and may be unlawful. If you are not the intended
recipient, please reply to or forward a copy of this message to the sender and delete the
message, any attachments, and any copies thereof from your system.

From: Phyllis Henderson [mailto:phenderson@bay-cities-bank.com]
Sent: Wednesday, October 23, 2013 12:22 PM
To: POA
Subject: Class Action Suit - Request for Proof of Authorization

Greetings!

If possible, please send me proof of authorization for the transactions listed on the attached spreadsheet. James Dillon is name in the attached North Carolina Class Action Suite and we're trying to pull together as much information for our lawyers as we can.

Hope everyone is well and thanks for your help!

Phyllis Henderson, AAP | phenderson@bay-cities-bank.com<mailto:phenderson@bay-cities-bank.com>
ACH Risk Officer
18311 US Highway 41 North | Lutz, FL | 33549
Bay Cities Bank | www.bay-cities-bank.com<http://www.bay-cities-bank.com/>
Office: 813-949-1878, X2127
Direct: 813-995-6393 | Direct fax: 813-751-1863
[Description: H:\Logos\New Logo Small.JPG]
CONFIDENTIALITY STATEMENT: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email.

---

This message was secured by ZixCorp(R).
This message was signed by pmurrin@bay-cities-bank.com