IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897-CCE-LPA

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank,<br><br>Defendants. | **GENERATIONS COMMUNITY FEDERAL CREDIT UNION'S MOTION FOR SANCTIONS** |

Defendant Generations Community Federal Credit Union, incorrectly sued as Generations Federal Credit Union ("Generations"), files this Motion for Sanctions, pursuant to 28 U.S.C. § 1927 and the Court's inherent authority. This Motion is supported by the Declaration of Eric Pullen, a supporting memorandum of law, and exhibits to both, all filed contemporaneously with this Motion.

As more fully explained in the supporting memorandum of law, 28 U.S.C. § 1927 provides a tool to curb litigation tactics which needlessly complicate matters and multiply the proceedings. Arbitration-related discovery in this case has shown that Mr. Dillon had a copy of his loan agreement with Generations from the time he first took out the loan in

May 2013. Despite this fact, Mr. Dillon and his counsel have challenged the authenticity of that document for years in this litigation.

Generations respectfully requests sanctions be imposed against Mr. Dillon and his counsel. As fully explained in the accompanying memorandum of law, exhibits, and Declaration of Eric Pullen, Generations requests an award of $153,362.54 for its attorneys' fees and costs on appeal, incurred because Plaintiff's counsel continued to challenge the authenticity of the loan agreement while Mr. Dillon had a paper copy of this agreement the entire time, and to strike any arguments in opposition to arbitration that were raised by Plaintiff after March 6, 2014 (the date of the oral arguments on the motions to dismiss or compel arbitration in this Court).

Respectfully submitted, this the 12th day of January, 2016.

/s/ Jonathan R. Reich
Reid C. Adams, Jr., NCSB #9669
Jonathan R. Reich, NCSB #41546
WOMBLE CARLYLE
SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-Mail: cadams@wcsr.com
E-Mail: jreich@wcsr.com

**PULMAN, CAPPUCCIO**
**PULLEN, BENSON & JONES, LLP**
Eric A. Pullen
Texas State Bar No. 24007881
epullen@pulmanlaw.com

Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR DEFENDANT
GENERATION FEDERAL CREDIT UNION**

## CERTIFICATE OF SERVICE

I certify that on the 12th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following CM/ECF participants:

F. Hill Allen
Tharrington Smith, LLP
P.O. Box 1151
Raleigh, NC 27602-1151
hallen@tharringtonsmith.com

Hassan A. Zavareei
Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, DC 20036
hzavareei@tzlegal.com
jkaliel@tzlegal.com

Norman E. Siegel
Steve Six
J. Austin Moore
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

Darren T. Kaplan
Chitwood Harley Harnes LLP
1350 Broadway, Suite 908
New York, NY 10018
dkaplan@chitwoodlaw.com

Jeffrey M. Ostrow
Kopelowitz Ostrow P.A.
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
ostrow@KOlawyers.com

Carl N. Patterson, Jr.
Clifton Lennis Brinson
Isaac Augustin Linnartz
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
cpatterson@smithlaw.com
cbrinson@smithlaw.com
ilinnartz@smithlaw.com

Mary Kathryn Mandeville
Alexander Ricks PLLC
2901 Coltsgate Road, Suite 202
Charlotte, NC 28211
mary@alexanderricks.com

Mark Vasco
Bryan Cave, LLP
One Wells Fargo Center
302 S. College Street, Suite 3400
Charlotte, NC 28202
mark.vasco@bryancave.com

Lucia Nale
Debra Bogo-Ernst
Matthew C. Sostrin
Mayer Brown, LLP
71 S. Wacker Dr.
Chicago, IL 60606
dernst@mayerbrown.com
lnale@mayerbrown.com
msostrin@mayerbrown.com

Kevin S. Ranlett
Mayer Brown, LLP
1999 K. Street, N.W.
Washington, D.C. 20006-1101
kranlett@mayerbrown.com

Michael P. Carey
Ann W. Ferebee
Bryan Cave, LLP
1201 W. Peachtree St., N.W.
Suite 1400A
Atlanta, GA 30309
michael.carey@bryancave.com
Ann.Ferebee@bryancave.com

Eric Rieder
Bryan Cave, LLP
1290 Avenue of the Americas
New York, New York 10104
erieder@bryancave.com

/s/ Jonathan R. Reich
Jonathan R. Reich
N.C. State Bar #41546
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3600
Facsimile: 336-731-3660
E-mail: jreich@wcsr.com