# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:13-CV-897-CCE (LPA)

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank,<br><br>    Defendants. | Judge Catherine C. Eagles<br><br>**DEFENDANT BMO HARRIS BANK, N.A.'S REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Federal Rule of Evidence 201 and the reasons set forth in the accompanying brief, defendant BMO Harris Bank, N.A. ("BMO Harris") respectfully requests that the Court take judicial notice of the following:

(i)     the filing of the declaration of Max J. Dubin in an action in the U.S. District Court for the Southern District of New York, which includes as Exhibit 4 a Great Plains loan agreement with an arbitration provision on pages 6-9; and

(ii)    the fact that that arbitration provision is identical to the ones in the December 10, 2012 and August 17, 2013 loan agreements between Dillon and Great Plains that BMO Harris has submitted in this case. Doc. 104-1 at

1

5-7 (arbitration provision in December 2012 agreement); Doc. 151-1 at 5-7 (arbitration provision in August 17, 2013 agreement).

A true and correct copy of Mr. Dubin's declaration and its Exhibit 4 are attached as Exhibit A to the declaration of Kevin Ranlett filed with this request for judicial notice.

Dated: January 20, 2016

Respectfully submitted by,

By: */s/ Kevin Ranlett*
Kevin Ranlett (Pro Hac Vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
kranlett@mayerbrown.com

Lucia Nale (Pro Hac Vice)
Debra Bogo-Ernst (Pro Hac Vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lnale@mayerbrown.com
dernst@mayerbrown.com

Mary K. Mandeville, Esq.
N.C. Bar No. 15959
ALEXANDER RICKS PLLC
4601 Park Road, Suite 580
Charlotte, North Carolina 28209
Telephone: (704) 200-2635
Facsimile: (704) 365-3676
mary@alexanderricks.com

*Attorneys for Defendant BMO Harris Bank, N.A.*

2

## CERTIFICATE OF SERVICE

I certify that on this 20th Day of January, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of the filing to the attorneys on that system.

By: */s/ Kevin Ranlett*
Kevin Ranlett