**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

Civil Action No. 1:13-CV-897-CCE (LPA)

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank,<br><br>　　　　　Defendants. | Judge Catherine C. Eagles |

**DECLARATION OF KEVIN RANLETT IN SUPPORT OF DEFENDANT
BMO HARRIS BANK, N.A.'S REQUEST FOR JUDICIAL NOTICE**

I, Kevin Ranlett, hereby declare as follows:

1.　　The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2.　　I am a partner with the law firm of Mayer Brown LLP.

3.　　On January 20, 2016, I visited the electronic docket on PACER for the action captioned *Otoe-Missouria Tribe of Indians et al. v. New York State Department of Financial Services et al.*, No. 1:13-cv-05930-RJS (S.D.N.Y.).  Docket entry No. 20, dated September 3, 2013, is a declaration of Max J. Dubin.  A true and correct copy of that declaration and Exhibit 4 to that declaration, which I downloaded from PACER, is

attached as Exhibit A.

4.     A true and correct printout from PACER of the docket sheet for that action

is attached as Exhibit B.


I declare under penalty of perjury that the foregoing is true and correct.  Executed

on January 20, 2016, at Austin, Texas.


_____
Kevin Ranlett

2