Exhibit B

STAYED,CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:13-cv-05930-RJS

The Otoe-Missouria Tribe of Indians et al v. New York State Department of Financial Services et al
Assigned to: Judge Richard J. Sullivan
Cause: 28:1331 Fed. Question: Other

Date Filed: 08/21/2013
Date Terminated: 10/31/2014
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

## Plaintiff

**The Otoe-Missouria Tribe of Indians**
*a federally-recognized Indian Tribe*

represented by **Carlos M. Sires**
Boies, Schiller & Flexner LLP (FL)
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
(965)-356-0011
Fax: (954)-356-0022
Email: csires@bsfllp.com
*TERMINATED: 09/04/2013*

**David M. Bernick**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
212 698-3500
Fax: 212 698 3599
Email: david.bernick@dechert.com
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**
Boies, Schiller & Flexner LLP (FL)
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
518 434 0600
Fax: 518 434 0665
Email: gcarpinello@bsfllp.com
*TERMINATED: 09/04/2013*

**Gordon Sung**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212)-698-3500

Fax: (212)-698-3599
Email: gordon.sung@dechert.com
*ATTORNEY TO BE NOTICED*

### Karrie Wichtman
Rosette, LLP
25344 Red Arrow Highway, Ste. B
Mattawan, MI 49071
(269)-283-5005
Fax: (517)-913-6443
Email: kwichtman@rosettelaw.com
*ATTORNEY TO BE NOTICED*

### Michael S. Doluisio
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2325
Fax: (215) 994-2222
Email: michael.doluisio@dechert.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Robert A. Rosette
Rosette, LLP
565 W. Chandler Boulevard
Chandler, AZ 85225
(480)-889-8990
Fax: (480)-889-8997
Email: rosette@rosettelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Saba Bazzazieh
Rosette, LLP
565 W. Chandler Boulevard
Chandler, AZ 85225
(480)-889-8990
Fax: (480)-889-8997
Email: sbazzazieh@rosettelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Scott E. Gant
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
(202) 237-2727
*TERMINATED: 09/04/2013*

### Plaintiff

**Great Plains Lending, LLC**
*a wholly-owned tribal limited liability*
*company*

represented by **Carlos M. Sires**
(See above for address)
*TERMINATED: 09/04/2013*

**David M. Bernick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**
(See above for address)
*TERMINATED: 09/04/2013*

**Gordon Sung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karrie Wichtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael S. Doluisio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Rosette**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bazzazieh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/04/2013*

### Plaintiff

**American Web Loan, Inc.**
*a wholly-owned tribal corporation*

represented by **Carlos M. Sires**
(See above for address)
*TERMINATED: 09/04/2013*

**David M. Bernick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**

(See above for address)
*TERMINATED: 09/04/2013*

**Gordon Sung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karrie Wichtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael S. Doluisio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Rosette**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bazzazieh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/04/2013*

### Plaintiff

**Otoe-Missouria Consumer Finance
Services Regulatory Commission**
*a tribal regulatory agency*

represented by **Carlos M. Sires**
(See above for address)
*TERMINATED: 09/04/2013*

**David M. Bernick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**
(See above for address)
*TERMINATED: 09/04/2013*

**Gordon Sung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karrie Wichtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

Case 1:13-cv-00897-CCE-LPA    Document 194-2    Filed 01/20/16    Page 5 of 21

**Michael S. Doluisio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Rosette**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bazzazieh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/04/2013*

<u>Plaintiff</u>

**Lac Vieux Desert Band of Lake**          represented by  **Carlos M. Sires**
**Superior Chippewa Indians**                             (See above for address)
*a federally-recognized Indian Tribe*                      *TERMINATED: 09/04/2013*

**David M. Bernick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**
(See above for address)
*TERMINATED: 09/04/2013*

**Gordon Sung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karrie Wichtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael S. Doluisio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Rosette**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Case 1:13-cv-00897-CCE-LPA   Document 194-2   Filed 01/20/16   Page 6 of 21

**Saba Bazzazieh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/04/2013*

**Plaintiff**

**Red Rock Tribal Lending, LLC**                    represented by **Carlos M. Sires**
*a wholly-owned tribal limited liability*                    (See above for address)
*company*                                           *TERMINATED: 09/04/2013*

**David M. Bernick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**
(See above for address)
*TERMINATED: 09/04/2013*

**Gordon Sung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karrie Wichtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael S. Doluisio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Rosette**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bazzazieh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/04/2013*

Case 1:13-cv-00897-CCE-LPA   Document 194-2   Filed 01/20/16   Page 7 of 21

### Plaintiff

**Lac Vieux Desert Tribal Financial
Services Regulatory Authority**
*a tribal regulatory agency*

        represented by  **Carlos M. Sires**
(See above for address)
*TERMINATED: 09/04/2013*

**David M. Bernick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Carpinello**
(See above for address)
*TERMINATED: 09/04/2013*

**Gordon Sung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karrie Wichtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael S. Doluisio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Rosette**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bazzazieh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/04/2013*

V.

### Defendant

**New York State Department of
Financial Services**
*TERMINATED: 11/03/2014*

        represented by  **Garrett Joseph Coyle**
State of New York Office of the
Attorney General
120 Broadway
New York, NY 10271
(212) 416-6696
Fax: (212) 416-6075

Email: garrett.coyle@gmail.com
*TERMINATED: 06/26/2014*
*ATTORNEY TO BE NOTICED*

**Linda Fang**
State of New York, Office of the
Attorney General
120 Broadway, 24th Floor
New York, NY 10017
(212) 416-8656
Fax: (212) 416-6009
Email: linda.fang@ag.ny.gov
*ATTORNEY TO BE NOTICED*

### Defendant

**Benjamin M. Lawsky**                    represented by **Garrett Joseph Coyle**
*in his official capacity as Superintendent*                    (See above for address)
*of the New York State Department of*                    *TERMINATED: 06/26/2014*
*Financial Services*                    *ATTORNEY TO BE NOTICED*
*TERMINATED: 11/03/2014*

**Linda Fang**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2013 | 1 | COMPLAINT against Benjamin M. Lawsky, New York State Department of Financial Services. (Filing Fee $ 350.00, Receipt Number 465401075105)Document filed by Great Plains Lending, LLC, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, Lac Vieux Desert Tribal Financial Services Regulatory Authority. (Attachments: # 1 Part 1, # 2 Part 2, # 3 Part 3)(jom) (Entered: 08/23/2013) |
| 08/21/2013 |  | SUMMONS ISSUED as to Benjamin M. Lawsky, New York State Department of Financial Services. (jom) (Entered: 08/23/2013) |
| 08/21/2013 |  | Magistrate Judge Sarah Netburn is so designated. (jom) (Entered: 08/23/2013) |
| 08/21/2013 |  | Case Designated ECF. (jom) (Entered: 08/23/2013) |
| 08/23/2013 | 2 | ORDER TO SHOW CAUSE: Defendants shall show cause as to why an order should not be entered preliminarily enjoining Defendants, their officers, agents, servants, employees and attorneys, from pursuing or threatening to pursue any activities, including enforcement actions, that directly or indirectly interfere with the consumer lending activities of the Tribal Entities, or their lending business relationships, pending final resolution of this action and granting such other and further relief as this Court deems just and proper; and sufficient reason appearing therefor. Show Cause Hearing set for 9/11/2013 at 02:30 PM in Courtroom 905, 40 |

| | | |
|---|---|---|
| | | Centre Street, New York, NY 10007 before Judge Richard J. Sullivan. Defendants shall serve their answering papers upon Plaintiffs' counsel on or before August 30, 2013 and Plaintiffs shall serve their reply papers on the Attorney General on or before September 3, 2013. No bond is necessary at this time because this order pertains solely to an expedited schedule for a preliminary injunction hearing, and the injunction sought is against a government agency and its superintendent. (Signed by Judge Paul G. Gardephe on 8/23/2013) (tn) (Entered: 08/26/2013) |
| 08/28/2013 | 3 | NOTICE OF APPEARANCE by Garrett Joseph Coyle on behalf of Benjamin M. Lawsky, New York State Department of Financial Services. (Coyle, Garrett) (Entered: 08/28/2013) |
| 08/28/2013 | 4 | NOTICE OF APPEARANCE by Linda Fang on behalf of Benjamin M. Lawsky, New York State Department of Financial Services. (Fang, Linda) (Entered: 08/28/2013) |
| 08/28/2013 | 5 | NOTICE OF CHANGE OF ADDRESS by David M. Bernick on behalf of All Plaintiffs. New Address: Dechert LLP, 1095 Avenue of the Americas, New York, New York, USA 10036, 212/698-3551. (Bernick, David) (Entered: 08/28/2013) |
| 08/28/2013 | 6 | NOTICE OF APPEARANCE by Gordon Sung on behalf of American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Sung, Gordon) (Entered: 08/28/2013) |
| 08/28/2013 | 7 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Garrett Coyle dated 8/27/2013 re: Counsel for defendants requests that the Court amend the schedule in the order to show cause dated August 23, 2013, ECF No. 2, as further set forth in this letter. ENDORSEMENT: Defendants' opposition is due Tuesday, September 3, 2013 at 4:00 p.m. Plaintiffs' reply is due Friday, September 6 at 4:00 p.m. The Court will hear argument on September 11 at 2:30 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse. (Replies due by 9/6/2013, Show Cause Response due by 9/3/2013, Show Cause Hearing set for 9/11/2013 at 02:30 PM in Courtroom 905, 40 Centre Street, New York, NY 10007 before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan on 8/28/2013) (tn) (Entered: 08/29/2013) |
| 08/29/2013 | 8 | MEMORANDUM OF LAW in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 9 | DECLARATION of David M. Bernick in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 08/29/2013) |

| 08/29/2013 | 10 | DECLARATION of John Shotton in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Bernick, David) (Entered: 08/29/2013) |
|---|---|---|
| 08/29/2013 | 11 | DECLARATION of James Williams, Jr in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 12 | DECLARATION of Barry Brandon in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 13 | DECLARATION of Katherine Spilde in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 14 | DECLARATION of Sherry Treppa in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 15 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. New York State Department of Financial Services served on 8/26/2013, answer due 9/16/2013. Service was accepted by Thomas Eckmier, Esq. Document filed by Great Plains Lending, LLC; The Otoe-Missouria Tribe of Indians; American Web Loan, Inc.; Lac Vieux Desert Band of Lake Superior Chippewa Indians; Red Rock Tribal Lending, LLC; Otoe-Missouria Consumer Finance Services Regulatory Commission; Lac Vieux Desert Tribal Financial Services Regulatory Authority. (Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 16 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Benjamin M. Lawsky served on 8/26/2013, answer due 9/16/2013. Service was accepted by Thomas Eckmier, Esq. Document filed by Great Plains Lending, LLC; The Otoe-Missouria Tribe of Indians; American Web Loan, Inc.; Lac Vieux Desert Band of Lake |

| | | |
|---|---|---|
| | | Superior Chippewa Indians; Red Rock Tribal Lending, LLC; Otoe-Missouria Consumer Finance Services Regulatory Commission; Lac Vieux Desert Tribal Financial Services Regulatory Authority. (Bernick, David) (Entered: 08/29/2013) |
| 08/29/2013 | 17 | AFFIDAVIT OF SERVICE of Order To Show Cause and Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction; Summons and Complaint as to New York State Department of Financial Services and Benjamin W. Lawsky; Civil Cover Sheet; Corporate Disclosure Statement; and Declarations of David Bernick, Barry Brandon, James Williams, Jr., John Shotton, Katherine Spilde and Sherry Treppa in Support of Plaintiffs' Motion for Preliminary Injunction served on Attorney General of New York, Eric Schneiderman on 08/26/2013. Service was accepted by William Collins. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 08/29/2013) |
| 09/03/2013 | 18 | BRIEF re: 2 Order to Show Cause,,,, *In Opposition to Motion for Preliminary Injunction*. Document filed by Benjamin M. Lawsky, New York State Department of Financial Services.(Coyle, Garrett) (Entered: 09/03/2013) |
| 09/03/2013 | 19 | DECLARATION of Debra C. Brookes in Opposition re: 2 Order to Show Cause,,,,. Document filed by Benjamin M. Lawsky, New York State Department of Financial Services. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Coyle, Garrett) (Entered: 09/03/2013) |
| 09/03/2013 | 20 | DECLARATION of Max J. Dubin in Opposition re: 2 Order to Show Cause,,,,. Document filed by Benjamin M. Lawsky, New York State Department of Financial Services. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Coyle, Garrett) (Entered: 09/03/2013) |
| 09/04/2013 | 21 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL: David M. Bernick has left the law firm of Boies, Schiller & Flexner LLP and has joined the law firm of Dechert LLP, and will continue his representation of the Plaintiffs at Dechert LLP, and there will be continuity of representation and therefore no change in the schedule currently before the Court. IT IS HEREBY STIPULATED AND AGREED,... that the law firm of Dechert LLP hereby is substituted in place and instead of the law firm of Boies, Schiller & Flexner as counsel of record for Plaintiffs and that the appearances of Carlos M. Sires, George F. Carpinello and Scott E. Gant are hereby withdrawn. PLEASE TAKE NOTICE that all pleadings, notices of hearings and other filings made in this proceeding are hereinafter to be served upon the undersigned incoming counsel at the address set forth herein. SO ORDERED. (Signed by Judge Richard J. Sullivan on 9/3/2013) (ja) Modified on 9/5/2013 (ja). (Entered: 09/05/2013) |
| 09/04/2013 | 22 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from David M. Bernick dated 9/04/2013 re: We write pursuant to Rules 2(B) and 2(H) of this Court's Individual Practices to request an exception to the 10-page limitation on plaintiffs' reply memorandum of law in support of their motion for a preliminary injunction (due this Friday, September 6, 2013 by 4 pm). Specifically, we request permission to file a 20-page reply brief, along with up to three supplemental declarations and a limited number of related exhibits. ENDORSEMENT: The |

Case 1:13-cv-00897-CCE-LPA   Document 194-2   Filed 01/20/16   Page 12 of 21

| | | |
|---|---|---|
| | | request is DENIED. Plaintiffs' ten-page reply brief is due September 6, 2013 at 4:00 p.m. SO ORDERED. (Signed by Judge Richard J. Sullivan on 9/04/2013) (ama) (Entered: 09/05/2013) |
| 09/06/2013 | 23 | REPLY MEMORANDUM OF LAW in Support re: 2 Order to Show Cause,,,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 09/06/2013) |
| 09/06/2013 | 24 | REPLY MEMORANDUM OF LAW in Support re: 2 Order to Show Cause,,,, *(Corrected Brief)*. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Bernick, David) (Entered: 09/06/2013) |
| 09/09/2013 | 25 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Robert A. Rosette to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851043. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit 1 - Arizona Certificate of Good Standing, # 2 Exhibit 2 California Certificate of Good Standing, # 3 Text of Proposed Order)(Rosette, Robert) Modified on 9/9/2013 (bwa). (Entered: 09/09/2013) |
| 09/09/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 25 MOTION for Robert A. Rosette to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851043. Motion and supporting papers to be reviewed by Clerk's Office staff. Certificates of Good Standing must be issued from the Supreme Court. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach valid Certificates of Good Standing, issued within the past 30 days.** (bwa) (Entered: 09/09/2013) |
| 09/09/2013 | 26 | MOTION for Saba Bazzazieh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851107. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit 1 - Arizona Certificate of Good Standing, # 2 Text of Proposed Order)(Bazzazieh, Saba) (Entered: 09/09/2013) |
| 09/09/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Saba Bazzazieh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851107. Motion and supporting** |

|            |    | papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (bwa) (Entered: 09/09/2013) |
|------------|----|----|
| 09/09/2013 | 27 | **FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION** for Karrie S. Wichtman to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851270. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit 1 - Michigan Certificate of Good Standing, # 2 Text of Proposed Order)(Wichtman, Karrie) Modified on 9/9/2013 (bcu). (Entered: 09/09/2013) |
| 09/09/2013 |    | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 27 MOTION for Karrie S. Wichtman to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851270. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Certificate of Good Standing must be issued from the State Court of Michigan and not from a State Bar Association. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days.** (bcu) (Entered: 09/09/2013) |
| 09/10/2013 | 28 | MOTION for Michael S. Doluisio to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8857550. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # 1 Exhibit 1 - Pennsylvania Certificate of Good Standing, # 2 Exhibit 2 - New Jersey Certificate of Good Standing, # 3 Text of Proposed Order)(Doluisio, Michael) (Entered: 09/10/2013) |
| 09/10/2013 |    | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Michael S. Doluisio to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8857550. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies.** (bwa) (Entered: 09/11/2013) |
| 09/10/2013 | 29 | ORDER FOR ADMISSION OF SABA BAZZAZIEH PRO HAC VICE: granting 26 Motion for Saba Bazzazieh to Appear Pro Hac Vice. The motion of Saba Bazzazieh, for admission to practice Pro Hac Vice in the above captioned action is granted.(Signed by Judge Richard J. Sullivan on 9/10/2013) (ama) (Entered: 09/11/2013) |
| 09/11/2013 | 30 | MOTION for Robert A. Rosette to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Exhibit 1 - Arizona Certificate of Good Standing, # <u>2</u> Exhibit 2 - California Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Rosette, Robert) (Entered: 09/11/2013) |
| 09/11/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>30</u> MOTION for Robert A. Rosette to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/11/2013) |
| 09/11/2013 | | Minute Entry for proceedings held before Judge Richard J. Sullivan: Oral Argument held on 9/11/2013 on a motion for preliminary injunction. re: <u>2</u> Order to Show Cause. Counsel for the plaintiffs was present. Counsel for the defendants was present. The Court reserved decision. The conference commenced at 2:30 p.m. (sc) (Entered: 09/12/2013) |
| 09/12/2013 | <u>31</u> | ORDER FOR ADMISSION OF MICHEL S. DOLUISIO PRO HAC VICE: granting <u>28</u> Motion for Michael S. Doluisio to Appear Pro Hac Vice. The motion of Michael S. Doluisio, for admission to practice Pro Hac Vice in the above captioned action is granted.(Signed by Judge Richard J. Sullivan on 9/11/2013) (ama) (Entered: 09/12/2013) |
| 09/12/2013 | <u>32</u> | ORDER FOR ADMISSION OF ROBERT A. ROSETTE PRO HAC VICE: granting <u>30</u> Motion for Robert A. Rosette to Appear Pro Hac Vice. The motion of Robert A. Rosette, for admission to practice Pro Hac Vice in the above captioned action is granted.(Signed by Judge Richard J. Sullivan on 9/11/2013) (ama) (Entered: 09/12/2013) |
| 09/16/2013 | <u>33</u> | MOTION for Karrie S. Wichtman to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. (Attachments: # <u>1</u> Exhibit 1 - Michigan Certificate of Good Standing, # <u>2</u> Text of Proposed Order)(Wichtman, Karrie) (Entered: 09/16/2013) |
| 09/16/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>33</u> MOTION for Karrie S. Wichtman to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (bwa)** (Entered: 09/16/2013) |
| 09/17/2013 | <u>34</u> | ORDER FOR ADMISSION OF KARRIE S. WICHTMAN PRO HAC VICE: granting <u>33</u> Motion for Karrie S. Wichtman to Appear Pro Hac Vice. The motion of Karrie S. Wichtman, for admission to practice Pro Hac Vice in the above captioned action is granted.(Signed by Judge Richard J. Sullivan on 9/17/2013) (ama) (Entered: 09/17/2013) |
| 09/19/2013 | <u>35</u> | TRANSCRIPT of Proceedings re: ARGUMENT held on 9/11/2013 before Judge Richard J. Sullivan. Court Reporter/Transcriber: Denise Richards, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request |

| | | |
|---|---|---|
| | | due 10/15/2013. Redacted Transcript Deadline set for 10/24/2013. Release of Transcript Restriction set for 12/23/2013.(Rodriguez, Somari) (Entered: 09/19/2013) |
| 09/19/2013 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 9/11/13 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (Rodriguez, Somari) (Entered: 09/19/2013) |
| 09/30/2013 | 37 | MEMORANDUM AND ORDER. Because the Court concludes that Plaintiffs have failed to demonstrate a likelihood of success on the merits or a sufficiently serious question going to the merits, Plaintiffs are not entitled to the extraordinary remedy of a preliminary injunction. Their motion is therefore DENIED. IT IS HEREBY ORDERED THAT, by October 11, 2013, the parties shall submit a joint letter addressing what discovery, if any, is required in this action. The parties shall also submit a joint proposed case management plan to the Court by that date. The Clerk of the Court is respectfully directed to terminate the motion pending at Doc. No. 2. re: 2 Order to Show Cause. (Signed by Judge Richard J. Sullivan on 9/30/2013) (rjm) (Entered: 10/01/2013) |
| 10/01/2013 | 38 | ORDER: IT IS HEREBY ORDERED THAT the parties' letter shall also explain what motions, if any, the parties seek to bring in light of the Court's decision. IT IS FURTHER ORDERED THAT Defendants' time to answer or move to dismiss is extended to October 25, 2013. SO ORDERED. ( Responses due by 10/25/2013) (Signed by Judge Richard J. Sullivan on 10/01/2013) (ama) (Entered: 10/02/2013) |
| 10/04/2013 | 39 | NOTICE OF INTERLOCUTORY APPEAL from 37 Order,,. Document filed by American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Lac Vieux Desert Tribal Financial Services Regulatory Authority, Otoe-Missouria Consumer Finance Services Regulatory Commission, Red Rock Tribal Lending, LLC, The Otoe-Missouria Tribe of Indians. Filing fee $ 455.00, receipt number 0208-8943596. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Sung, Gordon) (Entered: 10/04/2013) |
| 10/07/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 39 Notice of Interlocutory Appeal. (tp) (Entered: 10/07/2013) |
| 10/07/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 36 Notice of Filing Transcript, 10 Declaration in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 26 MOTION for Saba Bazzazieh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851107. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake |

Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 15 Affidavit of Service Complaints, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 22 Endorsed Letter, Set Deadlines/Hearings, 12 Declaration in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 32 Order on Motion to Appear Pro Hac Vice, 38 Order, Set Deadlines/Hearings, 20 Declaration in Opposition, filed by Benjamin M. Lawsky, New York State Department of Financial Services, 18 Brief filed by Benjamin M. Lawsky, New York State Department of Financial Services, 27 MOTION for Karrie S. Wichtman to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851270. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 11 Declaration in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 21 Stipulation and Order, 3 Notice of Appearance filed by Benjamin M. Lawsky, New York State Department of Financial Services, 2 Order to Show Cause, 33 MOTION for Karrie S. Wichtman to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 19 Declaration in Opposition, filed by Benjamin M. Lawsky, New York State Department of Financial Services, 7 Endorsed Letter, Set Deadlines, Set Hearings, 17 Affidavit of Service Other, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 31 Order on Motion to Appear Pro Hac Vice, 23 Reply Memorandum of Law in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 5 Notice of Change of Address filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 30 MOTION for

Robert A. Rosette to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 6 Notice of Appearance, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 34 Order on Motion to Appear Pro Hac Vice, 14 Declaration in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 1 Complaint, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 16 Affidavit of Service Complaints, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 39 Notice of Interlocutory Appeal, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 25 MOTION for Robert A. Rosette to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8851043. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 29 Order on Motion to Appear Pro Hac Vice, 9 Declaration in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 4 Notice of Appearance filed by Benjamin M. Lawsky, New York State Department of Financial Services, 24 Reply Memorandum of Law in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 37 Order, 8 Memorandum of Law in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians,

Case 1:13-cv-00897-CCE-LPA   Document 194-2   Filed 01/20/16   Page 18 of 21

| | | |
|---|---|---|
| | | Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 28 MOTION for Michael S. Doluisio to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8857550. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, 35 Transcript, 13 Declaration in Support, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/07/2013) |
| 10/14/2013 | 40 | ORDER: ORDERED that: (1) all proceedings in this case, including without limitation all pleadings, motions, and discovery, are hereby stayed until the Court of Appeals has issued its ruling in the Appeal; and (2) within 14 calendar days of the Court of Appeals' issuance of its ruling in the Appeal, the parties shall submit a joint letter to the Court setting forth their views as to the next steps in this litigation. SO ORDERED. (Signed by Judge Richard J. Sullivan on 10/11/2013) (ama) (Entered: 10/15/2013) |
| 06/24/2014 | 41 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Garrett Coyle to Withdraw as Attorney . Document filed by Benjamin M. Lawsky, New York State Department of Financial Services. (Attachments: # 1 Affidavit in Support of Motion to Withdraw)(Coyle, Garrett) Modified on 6/26/2014 (ldi). (Entered: 06/24/2014) |
| 06/26/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Garrett Joseph Coyle to RE-FILE Document 41 MOTION for Garrett Coyle to Withdraw as Attorney . ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Declaration in Support of Motion is found under the event list Replies, Opposition and Supporting Documents. (ldi)** (Entered: 06/26/2014) |
| 06/26/2014 | 42 | MOTION for Garrett Coyle to Withdraw as Attorney . Document filed by Benjamin M. Lawsky, New York State Department of Financial Services.(Coyle, Garrett) (Entered: 06/26/2014) |
| 06/26/2014 | 43 | DECLARATION of Garrett Coyle in Support re: 42 MOTION for Garrett Coyle to Withdraw as Attorney .. Document filed by Benjamin M. Lawsky, New York State Department of Financial Services. (Coyle, Garrett) (Entered: 06/26/2014) |
| 06/26/2014 | 44 | MEMO ENDORSED granting 42 Motion to Withdraw as Attorney. Attorney Garrett Joseph Coyle terminated. (Signed by Judge Richard J. Sullivan on 6/25/2014) (cd) (Entered: 06/26/2014) |
| 10/15/2014 | 45 | LETTER addressed to Judge Richard J. Sullivan from Linda Fang dated October 15, 2014 re: the Parties' Views as to the Next Steps in the Litigation. Document filed by Benjamin M. Lawsky, New York State Department of Financial Services. (Fang, Linda) (Entered: 10/15/2014) |

Case 1:13-cv-00897-CCE-LPA   Document 194-2   Filed 01/20/16   Page 19 of 21

| 10/15/2014 | 46 | MEMO ENDORSEMENT on re: 45 Letter, filed by Benjamin M. Lawsky, New York State Department of Financial Services. ENDORSEMENT: SO ORDERED. Benjamin M. Lawsky answer due 11/14/2014; New York State Department of Financial Services answer due 11/14/2014. (Signed by Judge Richard J. Sullivan on 10/15/2014) (tro) (Entered: 10/16/2014) |
|---|---|---|
| 10/23/2014 | 47 | MANDATE of USCA (Certified Copy) as to 39 Notice of Interlocutory Appeal, filed by Lac Vieux Desert Tribal Financial Services Regulatory Authority, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Great Plains Lending, LLC, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission USCA Case Number 13-3769. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/23/2014. (tp) (Entered: 10/23/2014) |
| 10/23/2014 |  | Transmission of USCA Mandate/Order to the District Judge re: 47 USCA Mandate. (tp) (Entered: 10/23/2014) |
| 10/31/2014 | 48 | **FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT #49)** NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, WITHOUT prejudice against the defendant(s) Great Plains Lending, LLC, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, Lac Vieux Desert Tribal Financial Services Regulatory Authority. Document filed by All Plaintiffs. (Bernick, David) Modified on 11/4/2014 (lb). (Entered: 10/31/2014) |
| 10/31/2014 | 49 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, WITHOUT prejudice against the defendant(s) Benjamin M. Lawsky, New York State Department of Financial Services. Document filed by Great Plains Lending, LLC, The Otoe-Missouria Tribe of Indians, American Web Loan, Inc., Lac Vieux Desert Band of Lake Superior Chippewa Indians, Red Rock Tribal Lending, LLC, Otoe-Missouria Consumer Finance Services Regulatory Commission, Lac Vieux Desert Tribal Financial Services Regulatory Authority. (Bernick, David) Modified on 11/3/2014 (km). Modified on 11/4/2014 (lb). (Entered: 10/31/2014) |
| 11/03/2014 | 50 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their counsel, hereby voluntarily dismiss, without prejudice, the Complaint filed in the above-captioned action. The parties shall bear their own costs. (Signed by Judge Richard J. Sullivan on 11/2/2014) (mro) (Entered: 11/03/2014) |
| 11/03/2014 |  | Terminate Transcript Deadlines (mro) (Entered: 11/03/2014) |

| PACER Service Center |
|---|

SDNY CM/ECF Version 5.1.1

## Transaction Receipt

| 01/20/2016 18:19:01 | | | |
|---|---|---|---|
| **PACER Login:** | mb0116:2592573:0 | **Client Code:** | 13436553 |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-05930-RJS |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

Case 1:13-cv-00897-CCE-LPA   Document 194-2   Filed 01/20/16   Page 21 of 21