IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-CV-897 |
| | ) | |
| BMO HARRIS BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on a motion to continue the upcoming evidentiary hearing scheduled for January 27, 2016, filed by the defendant BMO Harris Bank. (Doc. 195). The Court will deny the motion for the reasons stated in its order on the motion to continue filed by the co-defendant Bay Cities Bank. (Doc. 196). Defendant BMO shall appear with such witnesses and evidence as it has available. However, because BMO provided a plan with specifics and has taken action to obtain testimony from its witness, the Court will hear from the parties at the hearing as to whether the evidentiary hearing should be held open pending a decision on the motion to quash expected to be filed by BMO's witness.

It is **ORDERED** that BMO's motion to continue, (Doc. 195), is **DENIED**.

This the 25th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE