IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897-CCE-LPA

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank,<br><br>    Defendants. | **GENERATIONS COMMUNITY FEDERAL CREDIT UNION'S NOTICE OF APPEAL** |

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Defendant Generations Federal Credit Union hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's March 4, 2016 Opinion and Order (Dkt. No. 215), which denied Generations' Second Renewed Motion to Dismiss (Dkt. Nos. 152, 153).

| | |
|---|---|
| Dated: March 29, 2016 | /s/ Jonathan R. Reich |
| | Reid C. Adams, Jr., NCSB #9669 |
| | Jonathan R. Reich, NCSB #41546 |
| | WOMBLE CARLYLE |
| | SANDRIDGE & RICE, LLP |
| | One West Fourth Street |
| | Winston-Salem, NC 27101 |
| | Telephone: (336) 721-3600 |
| | Facsimile: (336) 721-3660 |
| | E-Mail: cadams@wcsr.com |
| | E-Mail: jreich@wcsr.com |

**PULMAN, CAPPUCCIO
PULLEN, BENSON & JONES, LLP**
Eric A. Pullen
Texas State Bar No. 24007881
epullen@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR DEFENDANT
GENERATIONS FEDERAL CREDIT UNION**

# CERTIFICATE OF SERVICE

I certify that on the 29th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following CM/ECF participants:

F. Hill Allen
Tharrington Smith, LLP
P.O. Box 1151
Raleigh, NC 27602-1151
hallen@tharringtonsmith.com

Hassan A. Zavareei
Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, DC 20036
hzavareei@tzlegal.com
jkaliel@tzlegal.com

Norman E. Siegel
Steve Six
J. Austin Moore
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

Darren T. Kaplan
Chitwood Harley Harnes LLP
1350 Broadway, Suite 908
New York, NY 10018
dkaplan@chitwoodlaw.com

Jeffrey M. Ostrow
Kopelowitz Ostrow P.A.
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
ostrow@KOlawyers.com

Carl N. Patterson, Jr.
Clifton Lennis Brinson
Isaac Augustin Linnartz
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
cpatterson@smithlaw.com
cbrinson@smithlaw.com
ilinnartz@smithlaw.com

Mary Kathryn Mandeville
Alexander Ricks PLLC
2901 Coltsgate Road, Suite 202
Charlotte, NC 28211
mary@alexanderricks.com

Mark Vasco
Bryan Cave, LLP
One Wells Fargo Center
302 S. College Street, Suite 3400
Charlotte, NC 28202
mark.vasco@bryancave.com

Lucia Nale
Debra Bogo-Ernst
Matthew C. Sostrin
Mayer Brown, LLP
71 S. Wacker Dr.
Chicago, IL 60606
dernst@mayerbrown.com
lnale@mayerbrown.com
msostrin@mayerbrown.com

Kevin S. Ranlett
Mayer Brown, LLP
1999 K. Street, N.W.
Washington, D.C. 20006-1101
kranlett@mayerbrown.com

Michael P. Carey
Ann W. Ferebee
Bryan Cave, LLP
1201 W. Peachtree St., N.W.
Suite 1400A
Atlanta, GA 30309
michael.carey@bryancave.com
Ann.Ferebee@bryancave.com

Eric Rieder
Bryan Cave, LLP
1290 Avenue of the Americas
New York, New York 10104
erieder@bryancave.com

/s/ Jonathan R. Reich
Jonathan R. Reich
N.C. State Bar #41546
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3600
Facsimile: 336-731-3660
E-mail: jreich@wcsr.com