UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated, </br></br> Plaintiff, </br></br> v. </br></br> BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank, </br></br> Defendants. | Case No. 13-cv-897 </br></br> Judge Catherine C. Eagles |

## NOTICE OF APPEAL OF DEFENDANT BMO HARRIS BANK, N.A.

Notice is hereby given that pursuant to 9 U.S.C. § 16(a), defendant BMO Harris Bank, N.A. ("BMO Harris") hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's March 4, 2016 Order (Dkt. No. 216) denying BMO Harris's renewed motion to compel arbitration (Dkt. No. 149).

| | |
|---|---|
| Dated: March 31, 2016 | By:  */s/ Kevin Ranlett* |

<div style="margin-left: 50%;">

Kevin Ranlett (Pro Hac Vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300
kranlett@mayerbrown.com

Lucia Nale (Pro Hac Vice)
Debra Bogo-Ernst (Pro Hac Vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711
lnale@mayerbrown.com
dernst@mayerbrown.com

Mary K. Mandeville
N.C. Bar No. 15959
ALEXANDER RICKS PLLC
4601 Park Road, Suite 580
Charlotte, North Carolina 28209
Telephone:  (704) 200-2635
Facsimile:   (704) 365-3676
mary@alexanderricks.com

Attorneys for Defendant BMO Harris Bank, N.A.

</div>

## CERTIFICATE OF SERVICE

I certify that on this 31st day of March, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of the filing to the attorneys on that system.

By: */s/ Kevin Ranlett*
     Kevin Ranlett