UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897-CCE-LPA

_____

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated, : : : Plaintiffs, : : v. : : BMO HARRIS BANK, N.A., FOUR : OAKS BANK & TRUST, a North : Carolina-Chartered Bank, GENERATIONS : FEDERAL CREDIT UNION, and BAY : CITIES BANK, a Florida State-Chartered : Bank, : : Defendants. : | **BAY CITIES BANK'S NOTICE OF APPEAL** |

_____

Notice is hereby given that Bay Cities Bank ("Bay Cities"), defendant in the above named case, pursuant to 9 U.S.C. § 16, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on March 23, 2016 (Dkt. No. 217) denying Bay Cities' renewed motion to compel arbitration (Dkt. No. 154).

1

Dated: April 4, 2016

    Respectfully submitted by,

    BRYAN CAVE LLP

    By: /s/ Mark Vasco
    Mark Vasco, NC Bar No. 27048
    One Wells Fargo Center
    301 S. College Street, Suite 3900
    Charlotte, NC 28202
    Phone: (704) 749-8930
    Fax: (704) 749-8990
    Email: mark.vasco@bryancave.com

    ***Specially Appearing Under LCvR 83.1:***

    Michael P. Carey (GA Bar No. 109364)
    Ann Ferebee (GA Bar No. 431941)
    1201 W. Peachtree St., N.W.
    Suite 1400A
    Atlanta, Georgia 30309
    Phone: (404) 572-6863
    Fax: (404) 420-0863
    Email: michael.carey@bryancave.com
           ann.ferebee@bryancave.com

    Eric Rieder (NY Bar No. 2152577)
    1290 Avenue of the Americas
    New York, New York 10104
    Phone: (212) 541-2057
    Fax: (212) 541-4630
    Email: erieder@bryancave.com

    *Attorneys for Defendant Bay Cities Bank*

2

Case 1:13-cv-00897-CCE-LPA   Document 227   Filed 04/04/16   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to Plaintiff James Dillon and Defendants BMO Harris Bank, N.A., Four Oaks Bank & Trust and Generations Federal Credit Union.

/s/ Mark Vasco
Mark Vasco, NC Bar No. 27048
mark.vasco@bryancave.com