UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank,<br><br>    Defendants. | Civil Action No. 1:13-CV-897-CCE (LPA) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO WITHDRAW MARCH 24, 2016 MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR LEAVE TO AMEND COMPLAINT

Defendants BMO Harris Bank, N.A., Four Oaks Bank & Trust, Generations Federal Communities Credit Union, and Bay Cities Bank (collectively "Defendants") do not oppose the relief that plaintiff James Dillon requests in his motion (Dkt. 248):

(1)      to withdraw his March 24, 2016 motion for leave to file an amended complaint (Dkt. No. 218); and

(2)      leave to file the revised version of his proposed amended complaint that he has attached to his motion (Dkt. No. 248-1).

Defendants reserve their rights to assert any and all defenses to the claims asserted in the revised proposed amended complaint, including by responsive pleading or motion.

1

Defendants respectfully request, however, that the Court postpone acting on Mr. Dillon's motion until the Court rules on Defendants' pending motions for a stay pending appeal (Dkt. Nos. 231, 234).

Dated: July 5, 2016

By: */s/ Mark Vasco*
Mark Vasco, NC Bar No. 27048
BRYAN CAVE LLP
One Wells Fargo Center
302 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: (704) 749-8930
Facsimile: (704) 749-8990
mark.vasco@bryancave.com

Michael P. Carey (*Pro Hac Vice*)
Ann Ferebee (*Pro Hac Vice*)
BRYAN CAVE LLP
1201 W. Peachtree St., N.W.
Suite 1400A
Atlanta, GA 30309
Telephone: (404) 572-6863
Facsimile: (404) 420-0863
michael.carey@bryancave.com
ann.ferebee@bryancave.com

Eric Rieder (*Pro Hac Vice*)
BRYAN CAVE LLP
4601 Park Road, Suite 580
Charlotte, North Carolina 28209
Telephone: (704) 200-2635
Facsimile: (704) 365-3676
mary@alexanderricks.com

Attorneys for Defendant Bay Cities Bank

By: */s/ Kevin Ranlett*
Kevin Ranlett (*Pro Hac Vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
kranlett@mayerbrown.com

Lucia Nale (*Pro Hac Vice*)
Debra Bogo-Ernst (*Pro Hac Vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lnale@mayerbrown.com
dernst@mayerbrown.com

Mary K. Mandeville
N.C. Bar No. 15959
ALEXANDER RICKS PLLC
4601 Park Road, Suite 580
Charlotte, North Carolina 28209
Telephone: (704) 200-2635
Facsimile: (704) 365-3676
mary@alexanderricks.com

Attorneys for Defendant BMO Harris Bank, N.A.

2

| By: */s/Reid C. Adams, Jr.* | By: */s/Clifton L. Brinson* |
|---|---|
| Reid C. Adams, Jr. NCSB #9669 | Carl N. Patterson, Jr. NCSB #7260 |
| Garth A. Gersten, NCSB #25090 | Clifton L. Brinson, NCSB #34331 |
| Jonathan R. Reich, NCSB #41546 | Isaac A. Linnartz, NCSB #39858 |
| WOMBLE CAROLYLE SANDRIDGE & RICE, LLP | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP |
| One West Fourth Street | 150 Fayetteville St., Suite 2300 |
| Winston-Salem, NC 27101 | Raleigh, NC 27601 |
| Telephone: (336) 721-3600 | Telephone: (919) 821-1220 |
| Facsimile: (336) 721-3660 | Facsimile: (919) 821-6688 |
| cadams@wcsr.com | cpatterson@smithlaw.com |
| ggarth@wcsr.com | cbrinson@smithlaw.com |
| jreich@wcsr.com | ilinnartz@smithlaw.com |
| | Attorneys for Defendant Four Oaks Bank & Trust Co. |

Eric A. Pullen (*Pro Hac Vice*)
Leslie S. Hyman (*Pro Hac Vice*)
Etan Tepperman (*Pro Hac Vice*)
PULMAN, CAPPUCIO, PULLEN, BENSON & JONES LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
epullen@pulmanlaw.com
lhyman@pulmanlaw.com
etepperman@pulmanlaw.com

Attorneys for Defendant Generations Community Federal Credit Union

## CERTIFICATE OF SERVICE

I certify that on this 5th Day of July, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of the filing to the attorneys on that system.

By: <u>/s/Kevin Ranlett</u>
     Kevin Ranlett