UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered Bank, <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1))** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the settlement reached between them, Plaintiff James Dillon and Defendant Four Oaks Bank & Trust Company ("Four Oaks") hereby stipulate that all claims asserted by Plaintiff against Four Oaks in this action are dismissed with prejudice.

Dated: December 23, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ F. Hill Allen | /s/ Clifton L. Brinson |
| F. Hill Allen | Carl N. Patterson, Jr. |
| North Carolina State Bar No. 18884 | NC Bar No. 7260 |
| THARRINGTON SMITH, L.L.P. | Clifton L. Brinson |
| P.O. Box 1151 | NC Bar No. 34331 |
| Raleigh, NC 27602-1151 | Isaac A. Linnartz |
| Telephone: 919-821-4711 | NC Bar No. 39858 |
| Facsimile: 919-829-1583 | SMITH, ANDERSON, BLOUNT, |
| hallen@tharringtonsmith.com | DORSETT, MITCHELL & JERNIGAN, LLP |
| | 150 Fayetteville St., Suite 2300 |
| *Attorneys for Plaintiff* | Raleigh, NC 27601 |
| | Ph.: (919) 821-1220 |
| | Fax: (919) 821-6688 |
| | cpatterson@smithlaw.com |
| | cbrinson@smithlaw.com |
| | ilinnartz@smithlaw.com |
| | |
| | *Attorneys for Defendant* |
| | *Four Oaks Bank & Trust Co.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

**THARRINGTON SMITH, L.L.P.**

By: /s/ F. Hill Allen
F. Hill Allen
North Carolina State Bar No. 18884

3