UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897

| | |
|---|---|
| JAMES DILLON, on Behalf of Himself and All Others Similarly Situated, | : : : |
| Plaintiffs, | : : |
| v. | : : |
| BMO HARRIS BANK, N.A., FOUR OAKS BANK & TRUST, a North Carolina-Chartered Bank, GENERATIONS FEDERAL CREDIT UNION, and BAY CITIES BANK, a Florida State-Chartered | : : : : : : |
| Defendants. | : : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BAY CITIES BANK**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff James Dillon and Defendant Bay Cities Bank hereby stipulate that all claims asserted by Plaintiff against Bay Cities Bank in this action are dismissed with prejudice, as well as any counterclaims that were or could have been asserted by Bay Cities Bank against Plaintiff, with each party to bear his or its own costs and fees.

Dated: March 23, 2017.

Respectfully submitted,

| | |
|---|---|
| /s/ Hassan A. Zavareei (*With Express Permission*) | /s/ Benjamin F. Sidbury_____ |
| Hassan A. Zavareei | Benjamin F. Sidbury (NC Bar No. 28071) |
| TYCKO & ZAVAREEI LLP | BRYAN CAVE LLP |
| 2000 L Street, N.W., Suite 808 | One Wells Fargo Center |
| Washington, D.C. 20036 | 302 S. College Street, Suite 3900 |
| Phone: (202) 973-0900 | Charlotte, NC 28202 |
| Fax: (202) 973-0950 | Phone: (704) 749-8939 |
| Email: hzavareei@tzlegal.com | Fax: (704) 749-8990 |
| | Email: ben.sidbury@bryancave.com |

F. Hill Allen (NC Bar No. 18884)  
THARRINGTON SMITH, L.L.P  
P.O. Box 1151  
Raleigh, NC  27602-1151  
Phone:  (919) 821-4711  
Fax: (919) 829-1583  
Email: hallen@tharringtonsmith.com  

*Attorneys for Plaintiff*

*Of Counsel:*

Michael P. Carey (GA Bar No. 109364)  
Ann W. Ferebee (GA Bar No. 431941)  
BRYAN CAVE LLP  
1201 W. Peachtree St., N.W., Suite 1400A  
Atlanta, Georgia 30309  
Phone: (404) 572-6863  
Fax:  (404) 420-0863  
Email: michael.carey@bryancave.com  
           ann.ferebee@bryancave.com  

Eric Rieder (NY Bar No. 2152577)  
BRYAN CAVE LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Phone:  (212) 541-2057  
Fax:  (212) 541-4630  
Email: erieder@bryancave.com  

*Attorneys for Defendant Bay Cities Bank*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the attorneys of record.

    /s/ Benjamin F. Sidbury
    Benjamin F. Sidbury (NC Bar No. 28071)
    ben.sidbury@bryancave.com