UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-897

JAMES DILLON, on Behalf of Himself
and All Others Similarly Situated,

            Plaintiff,

v.

BMO HARRIS BANK, N.A., FOUR
OAKS BANK & TRUST, a North
Carolina-Chartered Bank, GENERATIONS
FEDERAL CREDIT UNION, and BAY
CITIES BANK, a Florida State-Chartered
Bank,

            Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GENERATIONS COMMUNITY FEDERAL CREDIT UNION

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the settlement reached between them, Plaintiff James Dillon and Defendant Generations Community Federal Credit Union hereby stipulate that all claims asserted by Plaintiff against Generations in this action are dismissed with prejudice.[1]

---

[1] The settlement includes prospective plaintiff India Banks and releases all claims she could have asserted against Generations relating to this action. On March 24, 2016, Plaintiff filed a motion for leave to file an amended complaint, seeking to add Plaintiff Banks. *See* Doc. 218 (subsequently re-filed at Doc. 248). As a result of this settlement and dismissal with prejudice, Plaintiff's pending motion for leave to file a first amended complaint including Ms. Banks as a plaintiff is moot with respect to Generations.

The parties to this Stipulation file contemporaneously herewith a joint motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) as to all claims and orders between Plaintiff and Generations.

Dated: March 24, 2017

        Respectfully submitted,

        /s/ F. Hill Allen
        F. Hill Allen
        North Carolina State Bar No. 18884
        **THARRINGTON SMITH, L.L.P.**
        P.O. Box 1151
        Raleigh, NC 27602-1151
        Telephone: 919-821-4711
        Facsimile: 919-829-1583
        hallen@tharringtonsmith.com

        **TYCKO & ZAVAREEI LLP**
        Hassan A. Zavareei
        Jeffrey D. Kaliel
        2000 L Street, N.W., Suite 808
        Washington, D.C. 20036
        Tel: (202) 973-0900
        Fax: (202) 973-0950
        hzavareei@tzlegal.com
        jkaliel@tzlegal.com

        **KOPELOWITZ OSTROW P.A.**
        Jeffrey M. Ostrow
        One West Las Olas Blvd., Ste. 500
        Fort Lauderdale, Florida 33301
        Tel: (954) 525-4100
        Fax: (954) 525-4300
        ostrow@kolawyers.com

        *Counsel for Plaintiff*

/s/ Reid C. Adams, Jr.
Reid C. Adams, Jr., NCSB #9669
Jonathan R. Reich, NCSB #41546
**WOMBLE CARLYLE**
**SANDRIDGE & RICE, LLP**
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-Mail: cadams@wcsr.com
E-Mail: jreich@wcsr.com

**PULMAN, CAPPUCCIO**
**PULLEN, BENSON &JONES, LLP**
Eric A. Pullen
Texas State Bar No. 24007881
epullen@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

*Counsel for Defendant Generations*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ F. Hill Allen
North Carolina State Bar No. 18884
**THARRINGTON SMITH, L.L.P.**
P.O. Box 1151
Raleigh, NC 27602-1151
Telephone: 919-821-4711
Facsimile: 919-829-1583
hallen@tharringtonsmith.com
*Counsel for Plaintiff*